UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

FILED
Jeffrey A. Apperson, Clerk
APR 3 0 2010
U.S. DISTRICT CLERK
WEST. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

MICHAEL R. GORDON

INFORMATION

NO. 5:10MJ-155-K
18 U.S.C. 371

The United States Attorney charges:

### COUNT 1

On or about the 12th day of December 2009, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, MATTHEW S. GOMEL, defendant herein, did conspire with Matthew Gomel to intentionally steal at the Main Post Exchange, one (1) set of Bose headphones, value of $119.00, property of the Army, Air Force Exchange Service, a U.S. Agency, in violation of 18 U.S.C. 641.

In violation of Title 18, United States Code, Section 371.

CANDACE HILL
Acting United States Attorney

By: *[signature]*
MICHAEL T. PFEIFFER
Special Assistant U.S. Attorney

MICHAEL R. GORDON

## PENALTIES

### COUNT 1

18 U.S.C. 371

MINIMUM:

MAXIMUM: $100,000 and 1 year confinement

SPECIAL ASSESSMENT: $25